# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DICKLA GAINES, ) | |
| ) | |
| Plaintiff, ) | Case No. 5:25-cv-00661-R |
| ) | |
| v. ) | |
| ) | Removed from District Court |
| HALLIBURTON ENERGY ) | of Oklahoma County |
| SERVICES, INC., a Delaware ) | Case No. CJ-2023-2976 |
| corporation; and CESAR RODRIGUEZ, ) | |
| individually, ) | |
| | |
| Defendants. | |

## ANSWER

Defendant, Halliburton Energy Services, Inc. ("HESI"), for its Answer to Plaintiff's Complaint, hereby denies each and every material allegation contained therein unless specifically admitted herein. For further response, Defendant offers the following:

1. HESI admits that its employee caught the front bumper of Plaintiff's parked vehicle on June 1, 2021. HESI denies the remaining allegations in Paragraph 1.

2. HESI admits that its employee was acting in the course and scope of his employment when the subject incident occurred, but denies the allegations as phrased in Paragraph 2 of Plaintiff's Complaint.

3. Paragraph 3 of Plaintiff's Complaint is denied.

4. Paragraph 4 of Plaintiff's Complaint is denied.

HESI denies the Wherefore paragraph and subsequent Prayer for relief in Plaintiff's Complaint.

# AFFIRMATIVE DEFENSES

HESI asserts the following potentially applicable affirmative defenses, without prejudice to their right to assert additional affirmative defenses of which it becomes aware through discovery and/or to withdraw asserted defenses that are determined to be inapplicable upon the completion of discovery, to-wit:

1. Plaintiff's damages, if any, are strictly limited by the provisions of 12 O.S. § 3009.1.

2. Contributory negligence.

3. Comparative negligence.

4. All liability is several pursuant to 23 O.S. § 15.

5. Failure to mitigate damages.

WHEREFORE, Defendant Halliburton Energy Services, Inc. prays for judgment in its favor and against Plaintiff, for dismissal from this lawsuit, and for any other such relief that this Court deems appropriate under the circumstances.

**JURY TRIAL DEMANDED.**

Respectfully submitted,

*s/ Hailey M. Hopper*
Gerald P. Green, OBA No. 3563
Hailey M. Hopper, OBA No. 31093
Jessica James Curtis, OBA No. 35140
PIERCE COUCH HENDRICKSON
 BAYSINGER & GREEN, LLP
Post Office Box 26350
Oklahoma City, OK 73126
Telephone: (405) 235-1611
Facsimile: (405) 235-2904
jgreen@piercecouch.com
hhopper@piercecouch.com

jjamescurtis@piercecouch.com
***Attorneys for Defendant***
***Halliburton Energy Services, Inc.***

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 17th day of June, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrant:

Bryan Garrett
119 N. Robinson, Suite 650
Oklahoma City, OK 73102
*Attorney for Plaintiff*

                  *s/ Hailey M. Hopper*
                    Hailey M. Hopper