UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| DICKLA GAINES, | ) |
|---|---|
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-25-661-R |
| | ) |
| HALLIBURTON ENERGY | ) |
| SERVICES, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is Defendant's Unopposed Motion to Extend Deadlines [Doc. No. 13]. For good cause shown, the Motion is GRANTED. The deadlines are hereby extended as follows:

| Event | New Due Date |
|---|---|
| Defendant to file a final list of expert witnesses in chief and serve expert reports to Plaintiff | March 31, 2026 |
| Plaintiff to file a final list of witnesses, together with addresses and brief summary of expected testimony where a witness has not already been deposed by | March 31, 2026 |
| Defendant to file a final list of witnesses (as described above) 14 days thereafter | April 14, 2026 |

| Event | New Due Date |
|---|---|
| Plaintiff to file a final exhibit list by | March 31, 2026 |
| Defendant to file objections to Plaintiff's final exhibit list, under Fed. R. Civ. P. 26(a)(3)(B), by | April 14, 2026 |
| Defendant to file a final exhibit list by | April 14, 2026 |
| Plaintiff to file objections to Defendant's final exhibit list under Fed. R. Civ. P. 26(a)(3)(B), by | May 1, 2026 |
| Discovery to be completed by | June 5, 2026 |
| All dispositive and *Daubert* motions to be filed by | April 17, 2026 |
| Designations of deposition testimony to be used at trial to be filed by | June 22, 2026 |
| Objections and counter-designations filed by | June 26, 2026 |
| Motions in limine to be filed by | June 22, 2026 |
| Final Pretrial Report, approved by all counsel, together with a proposed order approving the report, to be submitted to the Court by | June 22, 2026 |
| Trial docket | July 2026 |

2

IT IS SO ORDERED this 2nd day of February. 2026.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE