## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DICKLA GAINES, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 5:25-cv-00661-R |
| | ) | |
| v. | ) | |
| | ) | |
| HALLIBURTON ENERGY | ) | |
| SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S FINAL WITNESS & EXHIBIT LISTS

Defendant, Halliburton Energy Services, Inc., submits the following Final Witness & Exhibit Lists in accordance with the Court's Scheduling Order.

## WITNESSES

| No. | Name & Address | Anticipated Testimony |
|---|---|---|
| 1. | Dickla Gaines<br>c/o BRYAN GARRETT<br>119 N. Robinson, Suite 650<br>Oklahoma City, OK 73102 | Deposed. |
| 2. | Erick Cesar<br>c/o PIERCE COUCH HENDRICKSON BAYSINGER & GREEN, LLP<br>1109 N. Francis Ave.<br>Oklahoma City, OK 73106 | Deposed. |
| 3. | Harry Dawson<br>c/o PIERCE COUCH HENDRICKSON BAYSINGER & GREEN, LLP<br>1109 N. Francis Ave.<br>Oklahoma City, OK 73106 | May testify regarding investigation of the incident, employment of Erick Cesar, and Halliburton's training and safety program. |
| 4. | James McClure<br>Last known address to be identified | May be called to testify regarding facts and circumstances of the subject incident. |

| No. | Name & Address | Anticipated Testimony |
|---|---|---|
| 5. | Darrin Langford<br>Last known address to be identified | May be called to testify regarding observations of the scene of the incident upon arrival, investigation of the incident, and any interactions with Plaintiff at the scene. |
| 6. | Jason R. Skiera, P.E.<br>1331 17th St, Suite 515<br>Denver, CO 80202 | Accident Reconstructionist Expert. Mr. Skiera is expected to offer testimony regarding the investigation, analysis and accident reconstruction of the subject motor-vehicle collision and related issues consistent with his Rule 26 Report. |
| 7. | Janine Smedley<br>4340 East Indian School Road<br>Suite 21-246<br>Phoenix, AZ 85018 | Biomechanical Engineering Expert. Ms. Smedley is expected to offer testimony regarding biomechanical accident reconstruction, injury mechanics and injury potential in subject accident and related issues consistent with her Rule 26 Report. |
| 8. | Dr. J. Calvin Johnson<br>26 W Memorial Rd, Suite B9<br>Oklahoma City, OK 73114 | Medical expert. Dr. Johnson is expected to offer testimony regarding his review and evaluation of Plaintiff's medical records; reasonableness and relatedness of Plaintiff's treatment; and medical causation issues consistent with his Rule 26 Report. |
| 9. | John Brogan, MBA, CPC<br>2375 E. Camelback Rd., Suite 690<br>Phoenix, AZ 85016 | Mr. Brogan may offer testimony regarding analysis of certain medical records and bills which Plaintiff attributes to the subject accident, and opinions regarding the reasonable value and Medicare value for those medical services rendered consistent with his Rule 26 Report. |
| 10. | Any witnesses listed by Plaintiff and not otherwise objected to by this Defendant. | |
| 11. | Any witnesses necessary to identify, authenticate or otherwise verify any exhibit, document, or thing. | |
| 12. | Any witnesses necessary for impeachment or rebuttal. | |

| No. | Name & Address | Anticipated Testimony |
|---|---|---|
| 13. | Defendant reserves the right to amend this witness list as discovery is ongoing. | |

## EXHIBITS

| No. | Description |
|---|---|
| 1. | Incident Report from June 1, 2021 Incident (HESI 038-42). |
| 2. | Event Report from June 1, 2021 Incident (HESI 026-37). |
| 3. | Drug and Alcohol Testing of Erick Cesar from June 1, 2021 (HESI 024-25). |
| 4. | Photos of Plaintiff's vehicle (HESI 009-21 and 044-45, produced by Plaintiff – no bates labels). |
| 5. | Photos of Halliburton vehicle (produced by Plaintiff – no bates labels). |
| 6. | Halliburton inspection and maintenance records (HESI 048-075). |
| 7. | Signed Release for Property Damage (HESI 047). |
| 8. | Medical records and bills of Brooks Clinic. |
| 9. | Medical records and bills of Gabriel Pitman, DO. |
| 10. | Medical records and bills of Qualls Stevens, DO. |
| 11. | Medical records and bills of Zahid Cheema, MD. |
| 12. | Medical records and bills of Grady Memorial Hospital. |
| 13. | Medical records and bills of Kathy Kappelle, PT (Home Physical Therapy). |
| 14. | Medical records of Variety Care of Anadarko. |
| 15. | Radiological Films. |
| 16. | Plaintiff's social media posts. |
| 17. | Aerial images of the scene where the accident occurred. |
| 18. | Photos, videos, and scan data relied upon and/or generated by Defendant's expert witnesses. |
| 19. | Medical literature, technical literature, scholarly articles, references, learned treatises, and other authoritative publications and texts relied up on by Defendant's expert witnesses. |
| 20. | Erick Cesar's driver qualification file and learning history (HESI 076-279). |
| 21. | Any medical records to be collected in ongoing discovery. |
| 22. | Signed statements on behalf of Plaintiff's health care providers consistent with 12 O.S. §3009.1. |

| No. | Description |
|---|---|
| 23. | Any exhibits necessary for rebuttal or impeachment. |
| 24. | Any exhibits listed by Plaintiff that are not otherwise objected to by these Defendants. |

Respectfully submitted,

*s/ Hailey M. Hopper*
Gerald P. Green, OBA No. 3563
Hailey M. Hopper, OBA No. 31093
Jessica James Curtis, OBA No. 35140
PIERCE COUCH HENDRICKSON
 BAYSINGER & GREEN, LLP
Post Office Box 26350
Oklahoma City, OK  73126
Telephone:    (405) 235-1611
Facsimile:    (405) 235-2904
jgreen@piercecouch.com
hhopper@piercecouch.com
jjamescurtis@piercecouch.com
***Attorneys for Defendant***
***Halliburton Energy Services, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of April, 2026, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrant:

Bryan Garrett
210 Park Avenue, Suite 1810
Oklahoma City, OK 73102
bryan@bgarrettlaw.com
*Attorney for Plaintiff*

*s/ Hailey M. Hopper*
Hailey M. Hopper