**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

DICKLA GAINES,                         )
                                       )
        **Plaintiff,**                 )
                                       )
v.                                     )          **No. CIV-25-661-R**
                                       )
HALLIBURTON ENERGY SERVICES,           )
INC.,                                  )
                                       )
        **Defendant.**                 )

## ORDER

Currently pending before this Court is Defendant's Motion for Summary Judgment [Doc. No. 20], which is fully briefed [Doc. Nos. 23, 24]. However, in light of the Supreme Court's recent opinion, *Keathley v. Buddy Ayers Constr., Inc.*, 25-6, 2026 WL 1686028 (U.S. June 11, 2026), the Court requests further briefing on the issue of judicial estoppel. Defendant is hereby ordered to file a supplemental brief by July 6, 2026. Plaintiff shall file a response by July 27, 2026. Should Defendant wish to reply, such reply will be due August 3, 2026.

The non-jury trial in this case, set to begin July 14, 2026, is STRICKEN, to be re-set after all dispositive motions are resolved.

IT IS SO ORDERED this 15th day of June, 2026.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE